# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| REZENE GIDENA AREGAY, | )<br>) |
| Petitioner, | )<br>) |
| v. | ) Case No. 4:19-cv-00866-AKK-JEO<br>)<br>) |
| DAVID RIVERA, et al., | )<br>) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on June 19, 2019, recommending the court grant Respondents' motion to dismiss as moot due to Petitioner's release on an Order of Supervision on June 7, 2019. Doc. 6. Although the magistrate judge advised the parties of their right to file specific written objections within fourteen (14) days, no objections have been received by the court.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, Respondents' motion to dismiss is due to be granted. The court will dismiss this matter by separate order.

---

[1] The magistrate judge's June 19, 2019 report and recommendation, mailed to Petitioner at the Etowah County Detention Center, was returned by the U.S. Postal Service as undeliverable and with the notation, "Released 06/07/19." Doc. 7.

**DONE** the 11th day of July, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE